IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-289-GCM

| | |
|---|---|
| INGERSOLL-RAND COMPANY & SUBSIDIARIES<br>　　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　　Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. A telephone conference was held in this matter on November 30, 2016. Based upon discussions at the conference:

1) The parties are directed to jointly notify the Court within 45 days whether an expert(s) will be retained;

2) The parties are directed to jointly report to the Court within 90 days the status of negotiations regarding a joint stipulation of facts;

3) The discovery deadline shall be July 12, 2017; and

4) Dispositive motions shall be due two months after the discovery deadline.

**IT IS SO ORDERED.**

Signed: November 30, 2016

Graham C. Mullen
United States District Judge