IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-289-GCM

| | |
|---|---|
| INGERSOLL-RAND COMPANY & SUBSIDIARIES<br>          Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>          Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion.

Pursuant to the Parties' Joint Notice Regarding Experts [doc. # 13], both parties shall make any initial Rule 26(a)(2) disclosures no later than **May 19, 2017**, and if necessary any rebuttal disclosures no later than **June 16, 2017.**

**IT IS SO ORDERED.**

Signed: February 6, 2017

Graham C. Mullen
United States District Judge