IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00289-GCM

| | |
|---|---|
| INGERSOLL RAND COMPANY & SUBSIDIARIES, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on its own motion.

The Court acknowledges receipt of the Joint Notice submitted by the parties regarding stipulations. (Doc. No. 15). The parties are directed to continue their efforts and to jointly report to the Court 30 days hence the status of negotiations regarding a joint stipulation of facts.

**IT IS SO ORDERED.**

Signed: March 7, 2017

Graham C. Mullen
United States District Judge