IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-289-GCM

| | |
|---|---|
| INGERSOLL-RAND COMPANY & SUBSIDIARIES,<br>　　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　　Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Robin L. Greenhouse,** filed August 30, 2017 [doc. # 22].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Greenhouse is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Intersoll-Rand Company & Subsidiaries.

**IT IS SO ORDERED.**

Signed: August 30, 2017

Graham C. Mullen
United States District Judge