IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

INGERSOLL RAND COMPANY )
& SUBSIDIARIES, )
 )
    Plaintiff, )
 )
v. ) CASE NO. 3:16-CV-289
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )

## ORDER

For good cause shown, and based on the parties' joint proposal [doc. 29], the schedule for motions is as follows:

| | |
|---|---|
| Plaintiff's motion due: | February 9, 2018 |
| Defendant's motion/ response due: | March 2, 2018 |
| Plaintiff's response/ reply due: | March 23, 2018 |
| Defendant's reply due: | April 13, 2018 |

  IT IS SO ORDERED.

Signed: January 23, 2018

*[signature]*

Graham C. Mullen
United States District Judge