# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| INGERSOLL-RAND COMPANY & SUBSIDIARIES, | ) ) ) CASE NO. 3:16-CV-289 |
| Plaintiff, | ) ) (Senior Judge Graham C. Mullen) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff Ingersoll-Rand Company & Subsidiaries and Defendant the United States of America (collectively, the "Parties") have reached a settlement resolving all claims at issue in the present litigation. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ingersoll-Rand Company & Subsidiaries and Defendant the United States of America, constituting all the parties in the above-captioned matter, hereby jointly stipulate that the above-captioned matter is dismissed with prejudice, and with each party to bear its own costs, expenses, and attorney's fees, and waiving all rights of appeal.

Dated: March 3, 2021                    Respectfully Submitted,

ALSTON & BIRD, LLP

/s/ Laura L. Gavioli

Laura L. Gavioli
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9432
Email: laura.gavioli@alston.com

W. Curtis Elliott, Jr.
CULP ELLIOTT & CARPENTER, PLLC
4401 Barclay Downs Drive, Suite 200
Charlotte, NC 28209
Tel: (704) 372-6322
Email: wce@ceclaw.com

*Attorneys for Plaintiff*

DAVID A. HUBBERT
Acting Assistant Attorney General,
Tax Division

s/ Cory A. Johnson
CORY A. JOHNSON
Senior Litigation Counsel
NISHANT KUMAR
Trial Attorney
Department of Justice, Tax Division
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 307-3046 (Johnson)
Tel: (202) 514-6056 (Kumar)
Facsimile: (202) 514-9440
Email: Cory.a.johnson@usdoj.gov
Email: Nishant.kumar@usdoj.gov
*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on March 3, 2021, the foregoing pleading was filed with the Court's ECF system, which constitutes proof of service to all counsel of record.

                                      /s/ Laura L. Gavioli

                                      Laura L. Gavioli